# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**GREGORY K. WHITT**                                                                                    **PLAINTIFF**

V.                                            **CASE NO. 5:15-CV-5224**

**DEPUTY SHAWN WILSON and**
**DEPUTY JOSEF HUDGENS**                                                                                **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 73) filed in this case on July 13, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate for the Western District of Arkansas. Objections to the R&R were due on July 31, 2017; however, on July 19, 2017, Plaintiff Gregory K. Whitt filed a written request (Doc. 75) for an extension of time to file objections. In the request, Mr. Whitt explained that he needed more time to file objections because he never received copies of Defendants' Supplemental Motion for Summary Judgment (Doc. 68) and Brief in Support (Doc. 69).

On July 19, 2017, the Court entered a text-only order, granting Mr. Whitt's request and allowing him until August 2, 2017, to file his objections to the R&R. Also in the same text-only order, the Court advised Mr. Whitt that nothing he had filed of record constituted a valid objection to the R&R. The Court also directed the Clerk to mail Mr. Whitt copies of the two documents he claimed had not been sent to him.

No objections were filed as of the new objection deadline of August 2. Instead, on August 4, 2017, Mr. Whitt filed a Motion for Extension of Time (Doc. 76) that contained only the following sentence: "Plaintiff request [sic] a time extension." In response, the Court entered a text-only order on August 8, 2017, granting Mr. Whitt's Motion, and

granting him until August 21, 2017, to file objections. No objections were filed by that new deadline.

As no objections were filed in response to the R&R, the Court has reviewed the case and finds that the R&R should be, and hereby is, **ADOPTED IN ITS ENTIRETY**. Defendants' Motion for Summary Judgment (Docs. 58, 68) is therefore **GRANTED**, and the Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**. Judgment will enter concurrently with this opinion.

**IT IS SO ORDERED** on this 25th day of August, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE